RICHARD J. NELSON (State Bar No. 141658)
E-Mail:       *rnelson@sideman.com*
PETER M. COLOSI (State Bar No. 252951)
E-Mail:       *pcolosi@sideman.com*
ANNA P. CHANG (State Bar No. 301468)
E-Mail:       *achang@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:    (415) 392-1960
Facsimile:    (415) 392-0827

Attorneys for Plaintiffs CISCO SYSTEMS, INC.
and CISCO TECHNOLOGY, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC., a California corporation, and CISCO TECHNOLOGY, INC., a California corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>DMITRI SHAITOR, an individual, and OD NETWORKS, a Maryland limited liability company, and DOES 1-50,<br><br>  Defendants. | Case No. 3:18-cv-00480 LB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF PERMANENT INJUNCTION**<br><br>Hon. Laurel Beeler |

Plaintiffs Cisco Systems, Inc. and Cisco Technology, Inc. and Defendants Dmitri Shaitor and OD Networks, in conjunction with their settlement of this Action and without admission of liability, hereby stipulate to, and request the Court, enter permanent injunctive relief as set forth below.

DATED: December 13, 2019        Respectfully submitted,

                                                SIDEMAN & BANCROFT LLP

                                                By:    /s/ *Peter M. Colosi*
                                                            Peter M. Colosi
                                                            Attorneys for Plaintiffs CISCO SYSTEMS, INC. and CISCO TECHNOLOGY, INC.

DATED: December 13, 2019        BERLINER COHEN LLP

                                                By:    /s/ *Frank R. Ubhaus*
                                                              Frank R. Ubhaus
                                                            Attorneys for Defendants DMITRI SHAITOR and OD NETWORKS

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from the signatory above.

DATED: December 13, 2019        SIDEMAN & BANCROFT LLP

                                                By:    /s/ *Peter M. Colosi*
                                                           Peter M. Colosi

**[~~PROPOSED~~] ORDER**

The above-captioned matter, having come before the Court upon the parties' joint stipulation requesting an order granting a permanent injunction, and the Court having considered the same,

NOW, THEREFORE, it is on this  16th  day of   December  , 2019, ORDERED that Defendants Dmitri Shaitor and OD Networks LLC, and Defendants' agents, servants, employees, affiliates, and other individuals and entities affiliated with, owned or controlled by, or in active concert or participation with Defendants, including but not limited to Network Supplies & More LLC, Olesia Bankova, and Max Bankov, are forever restrained from:

a.  manufacturing, importing, advertising, promoting, marketing, offering to sell, selling, distributing, or transferring any product (either genuine or counterfeit) bearing a Cisco-owned trademark (a "Cisco-Branded Product");

b.  using any other false designation of origin, false description or representation, or any other use of Cisco's name or marks, logo or trade dress, or counterfeit versions thereof, in any manner, including but not limited to any manner calculated to falsely advertise counterfeit products as being manufactured, distributed, sponsored, authorized, or endorsed by Cisco, or otherwise associated with Cisco in any way; and

c.  secreting, concealing, destroying, selling off, transferring, returning, or otherwise moving, storing, or disposing of any Cisco-Branded Product, other than by sending such counterfeit product to Cisco.

**IT IS SO ORDERED.**

Dated: December 16, 2019

_____
Honorable Laurel Beeler
United States District Court Magistrate Judge